IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES RANDALL DAVIS                                          PLAINTIFF
ADC #084756

v.                         CASE NO. 5:18-CV-00066 BSM

COURTNEY THROWER, et al.                                       DEFENDANTS

## ORDER

The proposed findings and recommendation [Doc. No. 5] submitted by United States Magistrate Judge Patricia S. Harris and plaintiff Charles Randall Davis's objections [Doc. No. 6] have been reviewed. After *de novo* review of the record, the proposed findings and recommendation are adopted in their entirety. Accordingly, Davis's motion to proceed *in forma pauperis* [Doc. No. 1] is denied, and the case is dismissed without prejudice. If Davis would like to continue this case, he must pay the $400 filing fee to the clerk within thirty days of the date of this order, clearly noting the case caption and number, together with a motion to reopen the case.

IT IS SO ORDERED this 23rd day of April 2018.

_____
UNITED STATES DISTRICT JUDGE